■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MAUREEN TELFER, Respondent, et al., Defendant.—Order unanimously reversed on the law and motion denied. Memorandum: The trial court's sole basis for granting defendant standing to challenge the legality of the search warrant executed at 535 Brown Street, Rochester, New York, was our decision in *People v Wesley* (139 AD2d 946). In light of the Court of Appeals reversal in that case *(People v Wesley,* 73

NY2d 351), it follows that defendant lacks standing to challenge the legality of this search. (Appeal from order of Monroe County Court, Connell, J.—motion to suppress evidence.) Present—Dillon, P. J., Callahan, Balio, Lawton and Davis, JJ.